**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| WILLIAM B. OWENS, | ) |
| Plaintiff, | ) |
| vs. | ) CV 98-PT-0795-E |
| SUPERIOR JEEP, EAGLE, CHRYSLER, PLYMOUTH, MAZDA, and CECIL C. CANNON, an individual, | ) |
| Defendants. | ) |

**ADDENDUM TO MEMORANDUM OPINION**

As a matter of interest, the parties may wish to see <u>Papa v. Katy Industries, Inc.</u>, ____ F.3d ____ (7th Cir. 1999)(No. 28-2009, 2/8/99).

This 3rd day of March, 1999.

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE